

# Fourth Court of Appeals

San Antonio, Texas

August 25, 2020

No. 04-20-00111-CR

Victor **ROMERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-05-0132-CRA
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

The State's motion for a 60-day extension of time to file its brief is GRANTED. It is ORDERED that the State's brief is due no later than October 23, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court

